FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 07, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW YORK, AS SUCCESSOR-IN-INTEREST TO JPMORGAN CHASE BANK, N.A., AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2005-10,<br><br>Plaintiff,<br><br>v.<br><br>SUSAN M. TOMBARELLI; OCCUPANTS OF THE SUBJECT REAL PROPERTY; and ALL OTHER UNKNOWN PERSONS CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE REAL ESTATE DESCRIBED IN THE COMPLAINT HEREIN,<br><br>Defendants. | NO: 2:24-CV-0407-TOR<br><br>ORDER REMANDING TO THE SPOKANE COUNTY SUPERIOR COURT |

ORDER REMANDING TO THE SPOKANE COUNTY SUPERIOR COURT ~ 1

BEFORE THE COURT is Plaintiff's Motion to Remand to State Court. ECF No. 3. Defendant Susan M. Tombarelli has not responded, timely or otherwise.

This action concerns real property located in Liberty Lake, Washington. The case began in state court on February 2, 2016. This is Defendant's second attempt to remove the case to federal court. However, a removal action must be filed within 30 days after receipt of a copy of the initial pleading. *See* 28 U.S.C. § 1446(b)(1). Here, this second attempt at removal is untimely.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. This case is hereby **REMANDED** to the Spokane County Superior Court for all further proceedings (former Spokane County Superior Court No. 16-2-00437-1).

2. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and Ms. Tombarelli, <u>mail a certified copy to the Clerk of the Spokane County Superior Court</u>, and **CLOSE** the file.

**DATED** January 7, 2025.



THOMAS O. RICE
United States District Judge

ORDER REMANDING TO THE SPOKANE COUNTY SUPERIOR COURT ~ 2